**No. 11-6583. Job Duran-Garcia, aka Joe Jimenez, aka Job Garson-Duran, Petitioner v. United States.**

565 U.S. 992, 132 S. Ct. 534, 181 L. Ed. 2d 375, 2011 U.S. LEXIS 7695.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 432 Fed. Appx. 850.

**No. 11-6584. Vivens Delorme, Petitioner v. United States.**

565 U.S. 992, 132 S. Ct. 535, 181 L. Ed. 2d 375, 2011 U.S. LEXIS 7673.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 432 Fed. Appx. 886.

**No. 11-6585. Mark Andrew Christensen, Petitioner v. United States.**

565 U.S. 992, 132 S. Ct. 535, 181 L. Ed. 2d 375, 2011 U.S. LEXIS 7639.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 439 Fed. Appx. 643.

**No. 11-6588. Yolanda Denise Scott, Petitioner v. United States.**

565 U.S. 992, 132 S. Ct. 535, 181 L. Ed. 2d 375, 2011 U.S. LEXIS 7698.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 427 Fed. Appx. 869.

**No. 11-6595. Syed Zaidi, Petitioner v. United States.**

565 U.S. 992, 132 S. Ct. 535, 181 L. Ed. 2d 375, 2011 U.S. LEXIS 7655.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6596. Eugene J. Talik, Jr., Petitioner v. United States.**

565 U.S. 992, 132 S. Ct. 535, 181 L. Ed. 2d 375, 2011 U.S. LEXIS 7684.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 235.

**No. 11-6600. Vasile Graure, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 535, 181 L. Ed. 2d 375, 2011 U.S. LEXIS 7751.

October 31, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 11-6603. Jimmy Gathrite, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 536, 181 L. Ed. 2d 375, 2011 U.S. LEXIS 7628.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 431 Fed. Appx. 316.